ERIC D. HOUSER (SBN 130079)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112

Attorneys for Defendant,
BNC MORTGAGE, LLC, erroneously sued
herein as BNC MORTGAGE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Defendant BNC MORTGAGE, LLC, erroneously sued herein as BNC MORTGAGE, INC. ("BNC"), by and through its undersigned counsel, pursuant to F.R.C.P. 7.1, files this Disclosure Statement and Certification, stating as follows:

BNC is a limited liability company organized and existing under the laws of the State of California. BNC is not publicly traded and is a wholly-owned subsidiary of Lehman Brothers Bank, FSB ("LBB"), a Federal Savings Bank. LBB is not publicly traded.

The undersigned on behalf of BNC, certifies the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Lehman Brothers Bank, FSB, a Federal Savings Bank operating under Federal Charter, which designates Wilmington, Delaware as its Home Office. LBB is a subsidiary of Lehman Brothers Holdings, Inc., a publicly traded entity. Lehman Brothers Holdings, Inc. is a Delaware Corporation with its principal place of business in New York.

DATED: January 17, 2008

HOUSER & ALLISON
A Professional Corporation

_____
Eric D. Houser
Jeffrey S. Allison
Attorneys for Defendants,
BNC MORTGAGE, LLC,
erroneously sued herein as BNC MORTGAGE, INC.

---

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
2