JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>JOINDER OF JPMORGAN CHASE BANK, N.A. IN NOTICE OF REMOVAL OF ACTION |

Defendant JPMORGAN CHASE BANK, N.A. erroneously sued herein as J.P. CHASE MORGAN BANK, through its counsel, hereby joins in the Notice of Removal to this Court of the state court action described in said Notice of Removal by Defendants BNC MORTGAGE, LLC, erroneously sued herein as BNC MORTGAGE, INC.

DATED: January 22, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JOHN M. SORICH
Attorneys for Defendant JPMORGAN CHASE BANK, N.A.

JOINDER OF JPMORGAN CHASE BANK IN NOTICE OF REMOVAL OF ACTION
1047698.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On January 22, 2008, I served the foregoing document described as **JOINDER OF JPMORGAN CHASE BANK, N.A. IN NOTICE OF REMOVAL OF ACTION** on the interested parties in this action.

[x]   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x]   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ]   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[ ]   **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 22, 2008, at Santa Ana, California.

_____
Rhonda K. White

PROOF OF SERVICE

1047738.1

## SERVICE LIST

Thomas Spielbauer, Esq.
The Spielbauer Law Firm
Spielbauer Law Firm
50 Airport Pkwy
San Jose, CA 95110

Telephone: 408.451.8499
Facsimile:  610.423.1395
thomas@spielbauer.com

Attorneys for Plaintiff

Eric D. Houser, Esq.
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

Telephone: 949.679.1111
Facsimile:  949.679.1112
ehouser@houser-law.com

Attorneys for Defendant BNC Mortgage, LLC

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1047738.1