JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>　　　　Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>**DECLARATION OF JOHN M. SORICH RE POSTPONEMENT OF FORECLOSURE SALE** |

### DECLARATION OF JOHN M. SORICH

I, JOHN M. SORICH, declare as follows:

1. I am an attorney and a member of the law firm of Adorno Yoss Alvarado & Smith, a Professional Corporation, attorneys of record herein for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned action ("Action"). I have been duly admitted to practice law in the State of California. I am primarily responsible for the representation of Chase in the above-captioned matter. If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

///

///

1
DECLARATION OF JOHN M. SORICH

1047995.1

2. In light of the ongoing proceedings in this Action, Chase decided to voluntarily postpone the pending foreclosure proceedings on the real property which is the subject of this Action, specifically, 1258 Duffy Drive, Brentwood, California 94513 (the "Subject Property").

3. Accordingly, on Chase's behalf, on Tuesday, January 22, 2008, I notified the trustee, NDEx West, LLC, ("NDEx") that the foreclosure sale is to be postponed. Specifically, I communicated with Chris Pummill, President of NDEx and advised her of the need to postpone the foreclosure sale.

4. As a result of this instruction, the foreclosure sale on the Subject Property has been postponed to April 7, 2008. My office received confirmation of the postponement from Sandra Gallegos of NDEx on Wednesday, January 23, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on January 25, 2008 at Santa Ana, California.

_____
JOHN M. SORICH

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On January 25, 2008, I served the foregoing document described as **DECLARATION OF JOHN M. SORICH RE: POSTPONEMENT OF FORECLOSURE SALE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 25, 2008, at Santa Ana, California.

*/s/ Rhonda K. White*
Rhonda K. White

## SERVICE LIST

Thomas Spielbauer, Esq.
The Spielbauer Law Firm
Spielbauer Law Firm
50 Airport Pkwy
San Jose, CA 95110

Telephone: 408.451.8499
Facsimile:  610.423.1395
thomas@spielbauer.com

Attorneys for Plaintiff

Eric D. Houser, Esq.
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

Telephone: 949.679.1111
Facsimile:  949.679.1112
ehouser@houser-law.com

Attorneys for Defendant BNC Mortgage, LLC