
EDWARD A. TREDER
State Bar No. 116307
Law Offices
ROBERT E. WEISS INCORPORATED
920 S. Village Oaks Drive
Covina, CA 91724
(626) 967-4302
etreder@rewlaw.com

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>                      Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN BANK; BNC MORTGAGE, INC. NDEx WEST, LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1 through 20, Inclusive,<br><br>                      Defendants. | CASE NO. C 08-0350 SC<br><br>DECLARATION OF CLAYTON GOFF RE POSTPONEMENT OF TRUSTEE'S SALE IN RESPONSE TO EX PARTE MOTION TO REMAND ACTION |

I, CLAYTON GOFF, declare as follows:

1.    I am employed by Defendant NDEx WEST, LLC as an Associate General Counsel. NDEx West, LLC provides foreclosure-processing services to residential mortgage lenders who service loans secured by single family homes located in California. In my capacity as Associate General Counsel, I have custody and control of foreclosure files and information maintained by

1  employees of NDEx West, LLC in the ordinary course and scope of providing these services to its
2  clients. Those files are continually updated as new information is obtained and new events occur.

3      2.    NDEx WEST, LLC is the duly substituted foreclosure trustee under that certain Deed of Trust executed by JAMES E. MOORE to secure a debt in the original sum of $302,600.00 in favor of BNC MORTGAGE, INC., a Delaware Corporation, and recorded on October 1, 2004 as Instrument No. 2004-0378872-00, Official Records of Contra Costa County, California. Said Deed of Trust is a first priority lien against the real property described therein and commonly known as 1258 Duffy Way, Brentwood, CA 94513. This lawsuit arises from certain disputes related to the origination of that mortgage loan and the pending foreclosure proceeding commenced by NDEx West, LLC on behalf of the current note holder under Trustee's Sale No. 20070161903582.

    3.    A Trustee's Sale was originally scheduled to occur on December 6, 2007 but was postponed in the manner prescribed by state law to January 7, 2008 by mutual agreement between plaintiff and the loan servicer. On January 4, 2008, plaintiff commenced this action in the Contra County Superior Court, Case No. C08-00040, and obtained a Temporary Restraining Order to stop the sale. As a result, NDEx West, LLC postponed the Trustee's Sale in the manner prescribed by state law to February 7, 2008. The loan servicer has now instructed NDEx West, LLC to postpone the Trustee's Sale once again, and we will comply with those instructions by postponing the sale in the manner prescribed by state law to April 7, 2008. To that end, we have notated our system to reflect the new sale date, and we have notified our posting and publication vendor to update its website and its recorded sale information phone line so that outside callers will be informed of the new sale date. As required by state law, the auctioneer will announce the postponement by public declaration on February 7, 2008 at the time and location previously noticed for the sale.

4.    I have personal knowledge of the foregoing facts, and if called as a witness, I would testify competently thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed this 25th day of January, 2008 at Addison, Texas.

_____
CLAYTON GOFF

DECLARATION OF CLAYTON GOFF RE POSTPONEMENT OF TRUSTEE'S SALE
IN RESPONSE TO EX PARTE MOTION TO REMAND ACTION
-3-

## PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I, Tiffany Jensen, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 S. Village Oaks Drive, Covina, California.

On January 25, 2008, I served the following:

**DECLARATION OF CLAYTON GOFF RE POSTPONEMENT OF TRUSTEE'S SALE IN RESPONSE TO EX PARTE MOTION TO REMAND ACTION**

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

THOMAS SPIELBAUER, ESQ.
THE SPIELBAUER LAW FIRM
1250 OAKMEAD PARKWAY, SUITE 210
SUNNYVALE, CA 94085

JOHN SORICH, ESQ.
ADORNO YOSS ALVARADO & SMITH
1 MACARTHUR PL., SUITE 200
SANTA ANA, CA 92707

ERIC HOUSER
HOUSER & ALLISON
A PROFESSIONAL CORPORATION
9970 RESEARCH DRIVE
IRVINE, CA 92618

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Covina, California.

_____
TIFFANY JENSEN

PROOF OF SERVICE
-1-