JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>  Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>  Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>Assigned to: Judge Samuel Conti<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**<br><br>DATE: March 21, 2008<br>TIME: 10:00 a.m.<br>CRTRM: "1", 17th Floor<br><br>**Complaint Filed:** July 25, 2007 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant JPMorgan Chase Bank, N.A. erroneously sued as J.P. Chase Morgan Bank, hereby requests that, in connection with its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted the Complaint of Plaintiff Jim E. Moore ("Defendant" or "Moore") that this court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following documents:

1
REQUEST FOR JUDICIAL NOTICE                     CASE NO. 08-0350 SC

1048792.1

1.    A true and correct copy of the Assignment of Deed of Trust recorded in connection with property located at 1258 Duffy Drive, Brentwood, California 94513 ("Subject Property") with the Contra Costa Recorders Office as Instrument Number 2007-0268347 on or about September 24, 2007, as Exhibit "1."

2.    A true and correct copy of the Substitution of Trustee recorded in connection with the Subject Property with the Contra Costa Recorders Office as Instrument Number 2007-0268356 on or about September 24, 2007, as Exhibit "2."

3.    A true and correct copy of the Notice of Trustee's Sale recorded in connection with the Subject Property with the Contra Costa Recorders Office as Instrument Number 207-02319615 on or about November 20, 2007, as Exhibit "3."

DATED: February 8, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JOHN M. SORICH
Attorneys for Defendant JPMORGAN CHASE BANK, N.A.

**EXHIBIT 1**

12                                                                                                                1931280

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

```
CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0268347-00
Check Number
Monday, SEP 24, 2007 08:21:44
MIC    $1.00 MOD    $1.00 REC    $5.00
FTC    $0.00 DAF    $1.80 REF    $0.20
Ttl Pd    $9.00    Nbr-0003860256
                   lrc/R9/1-1
```

ASSG20070161903582

Space above this line for Recorder's use only

Trustee Sale No.: 20070161903582   Title Order No.: 00696401

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2004-BNC2 all beneficial interest under that certain Deed of Trust dated 09/23/2004, executed by **JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor to T.D. SERVICE COMPANY, Trustee, and Recorded on 10/01/2004 as Instrument No. 2004-0378872-00 of Official Records in the County Recorder's office of **CONTRA COSTA** County, California. Describing land therein as:

AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

SEP 1 1 2007

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC. AS NOMINEE FOR LENDER AND LENDERS
SUCCESSORS AND ASSIGNS FOR BNC MORTGAGE, INC.
Annie Rodriguez

Vice President

State of _____California_____
County of _____San Diego_____

On _____SEP 1 1 2007_____ before me, **CAROL LEE PHILLIPS** Notary Public, personally appeared _____Annie Rodriguez_____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: Carol Lee Phillips (Seal)

My commission expires: Nov. 18, 2010



CAROL LEE PHILLIPS
COMM. #1705870
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Nov. 18, 2010

CAASGNDOT.rpt - 08/24/2007 - Ver-09                                                                    Page 1 of 1

**EXHIBIT 2**

2\-

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

SUB20070161903582

```
CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0268356-00
Check Number
Monday, SEP 24, 2007 08:22:04
 MIC   $1.00 MOD   $2.00 REC   $6.00
 FTC   $1.00
 Ttl Pd  $10.00        Nbr-0003860265
                         lrc/R9/1-2
```

Space above this line for Recorder's use only

Trustee Sale No. : 20070161903582    Title Order No.: 00696401

## SUBSTITUTION OF TRUSTEE

WHEREAS, JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY was the original Trustor, T.D. SERVICE COMPANY was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS) was the original Beneficiary Recorded on 10/01/2004 as Instrument No. 2004-0378872-00 of official records in the Office of the Recorder of CONTRA COSTA County, California, as more fully described on said Deed of Trust.; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes, NDEx West, L.L.C., WHOSE ADDRESS IS: 15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED:

SEP 1 2 2007

State of ___California___
County of ___SAN DIEGO___

On ___SEP 1 2 2007___ before me, ___Diane L. Garcia___ Notary Public, personally appeared ___Clayton Scherf___ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: ___Diane L. Garcia___ (Seal)
My commission expires: ___5/20/2010___

LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2004-BNC2

Clayton Scherf
Vice President

BY CHASE HOME FINANCE LLC
AS ATTORNEY-IN-FACT

DIANE L. GARCIA
Commission # 1668320
Notary Public - California
San Diego County
My Comm. Expires May 20, 2010

FCUS_SubstituteOfTrustee.rpt - 06/06/2007 - Ver-22                                    Page 1 of 1

NDEx West, L.L.C  
15000 Surveyor Boulevard, Suite 500  
Addison, Texas 75001-9013  
Telephone:  (866) 795-1852  
Telecopier: (972) 661-7800  

# AFFIDAVIT

**TRUSTEE'S SALE NUMBER:**   20070161903582

I, Randy Middleton, **the undersigned, a United States Citizen declare that:**

**I am an employee, over the age of eighteen years, of**

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

**NDEx West, L.L.C., and/or NDEX**

_____         SEP 1 4 2007
Randy Middleton                          DATED
(Declarant)

State of    TEXAS   }  
County of DALLAS  }

SEP 1 4 2007  
On _____ before me, _____Patrick Dejesus_____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.  
Signature: _____ (Seal)   PATRICK DE JESUS  
                                                 Notary Public  
                                                 State of Texas  
My commission expires: _____         My Comm. Exp. 07-02-2011



SBC20070161903582

**END OF DOCUMENT**

Case 3:08-cv-00350-SC    Document 14    Filed 02/08/2008    Page 8 of 11

**EXHIBIT 3**



Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0319615-00
Check Number
Tuesday, NOV 20, 2007 09:03:20
MIC    $1.00:MOD    $1.00:REC    $5.00
FTC    $0.00:
Ttl Pd    $7.00        Nbr-0003921435
                        lrc/R9/1-1



NOTS20070161903582

Space above this line for Recorder's use only

Trustee Sale No. : 20070161903582    Title Order No.: 00696401    FHA/VA/PMI No.: 21971669

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 09/23/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

NDEx West, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 10/01/2004 as Instrument No. 2004-0378872-00 of official records in the office of the County Recorder of CONTRA COSTA County, State of CALIFORNIA.

EXECUTED BY:    JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE:    12/06/2007        TIME OF SALE:    1:30 P.M.
PLACE OF SALE:    AT THE COURT ST. ENTRANCE TO THE COUNTY COURTHOUSE, 725 COURT ST., (CORNER OF MAIN AND COURT ST.) MARTINEZ, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
            1258 DUFFY WY, BRENTWOOD, CALIFORNIA 94513
APN#:        017-201-019-1

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $307,967.68. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
PRIORITY POSTING & PUBLICATION
17501 IRVINE BLVD., SUITE ONE
TUSTIN, CA 92780
714-573-1965
www.priorityposting.com

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NDEx West, L.L.C. as Authorized Agent

_____    Dated: 11/09/2007
BY: Pamela Holmes-Tyler

FCUS_NoticeOfTrusteeSale.rpt - Record - 05/22/2007 - Ver-15

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On February 8, 2008, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 8, 2008, at Santa Ana, California.

*Veronica Delgado* (signature)
Veronica Delgado

PROOF OF SERVICE

1048748.1

**SERVICE LIST**
Jim E. Moore v. J.P. Morgan Bank, et al.
USDC, Northern District Case No. C 08-0350 SC

| | |
|---|---|
| Thomas Spielbauer, Esq.<br>The Spielbauer Law Firm<br>Spielbauer Law Firm<br>50 Airport Pkwy<br>San Jose, CA 95110 | (408) 451-8499-telephone<br>(610) 423-1395-facsimile<br>thomas@spielbauer.com<br><br>**Attorneys for Plaintiff, Jim E. Moore** |
| Eric D. Houser, Esq.<br>Houser & Allison<br>A Professional Corporation<br>9970 Research Drive<br>Irvine, CA 92618 | (949) 679-1111-telephone<br>(949) 679-1112-facsimile<br>ehouser@houser-law.com<br><br>**Attorneys for Defendant,<br>BNC Mortgage, LLC** |
| Edward A. Treder, Esq.<br>Robert E. Weiss Incorporated<br>920 S. Village Oaks Drive<br>Covina, CA 91724 | (626) 967-4302-telephone<br>(626) 339-7103-facsimile<br>etreder@rewlaw.com<br><br>**Attorney for Defendant, NDEx West, LLC** |

PROOF OF SERVICE

1048748.1