JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>　　　　Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>Assigned to: Judge Samuel Conti<br><br>**OBJECTION TO NOTICE OF JURY TRIAL REQUEST**<br><br>**Complaint Filed:** January 8, 2008 |

///

///

///

1

OBJECTION TO NOTICE OF JURY TRIAL REQUEST    CASE NO. 08-0350 SC

1049048.1

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") erroneously sued as J.P. Chase Morgan Bank, hereby objects to the Notice of Jury Trial Request of plaintiff Jim E. Moore ("Plaintiff" or "Moore"), because Plaintiff's request for jury trial is <u>untimely</u>. Federal Rules of Civil Procedure ("FRCP") 81(c) states that a party who did not remove the action must demand jury trial within ten (10) days after service of the notice of removal.

The notice of removal was filed and served on January 18, 2008. *See*, Pacer Docket No. 1. In fact, Plaintiff filed an *ex parte* application to remand on January 20, 2008. *See*, Packer Docket No. 4. The Notice of Jury Trial Request was filed by Plaintiff on February 9, 2008, more than twenty one (21) days after the date the notice of removal was filed and served. *See*, Packer Docket No. 15.

Therefore, Plaintiff has waived his right to demand jury trial.

DATED: February 12, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JOHN M. SORICH
Attorneys for Defendant JPMORGAN CHASE BANK, N.A.

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On February 12, 2008, I served the foregoing document described as **OBJECTION TO NOTICE OF JURY TRIAL REQUEST** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 12, 2008, at Santa Ana, California.

/s/ Veronica Delgado
———————————————
Veronica Delgado

PROOF OF SERVICE

1048748.1

## SERVICE LIST
### Jim E. Moore v. J.P. Morgan Bank, et al.
### USDC, Northern District Case No. C 08-0350 SC

Thomas Spielbauer, Esq.
The Spielbauer Law Firm
Spielbauer Law Firm
50 Airport Pkwy
San Jose, CA 95110

(408) 451-8499-telephone
(610) 423-1395-facsimile
thomas@spielbauer.com

**Attorneys for Plaintiff, Jim E. Moore**

Eric D. Houser, Esq.
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

(949) 679-1111-telephone
(949) 679-1112-facsimile
ehouser@houser-law.com

**Attorneys for Defendant,
BNC Mortgage, LLC**

Edward A. Treder, Esq.
Robert E. Weiss Incorporated
920 S. Village Oaks Drive
Covina, CA 91724

(626) 967-4302-telephone
(626) 339-7103-facsimile
etreder@rewlaw.com

**Attorney for Defendant, NDEx West, LLC**

PROOF OF SERVICE

1048748.1