1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

8    JIM E. MOORE,                      )  Case No. 08-0350 SC
                                        )
9              Plaintiff,               )
                                        )  ORDER DENYING
10        v.                            )  DEFENDANT'S OBJECTION
                                        )  TO NOTICE OF JURY
11   CHASE BANK; BNC MORTGAGE, INC.;    )  TRIAL REQUEST
     NDEx West LLC; STIRLING FUNDING    )
12   CORPORATION; KEVIN CAYLOR; and DOES)
     1-20,                              )
13                                      )
               Defendants.             )
14   _____)

15

16        This matter comes before the Court on Defendant JP Morgan

17   Chase Bank's Objection to Notice of Jury Trial Request.  See

18   Docket No. 16.  Defendant argues that Plaintiff's request for a

19   jury trial is untimely.  Plaintiff, however, had requested a jury

20   trial in his state court complaint.  See Notice of Removal Ex. A,

21   Docket No. 1.  As Federal Rule of Civil Procedure 81(c)(3)(A)

22   unambiguously states, "A party who, before removal, expressly

23   demanded a jury trial in accordance with state law need not renew

24   the demand after removal."  Defendant's contrary interpretation of

25   this Rule is, to say the least, puzzling.

26        The Court also encourages Defendant to familiarize itself

27   with Federal Rule of Civil Procedure 7, which states that a

28   "request for a court order must be made by motion."  An objection

1   is not a motion.

2       Defendants' Objection to Notice of Jury Trial Request is

3   DENIED.

4

5

6       IT IS SO ORDERED.

7

8       Dated: February 15, 2008          

9                                         _____
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California