Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Jim E. Moore, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIM E. MOORE,<br><br>      Plaintiff.<br><br>v.s.<br><br>J. P. CHASE MORGAN BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; and KEVIN CAYLOR,<br><br>      Defendants. | No. 3:08-cv-00350-SC<br><br>Contra Costa County Superior Court No: MSC08-00040<br><br>OPPOSITION TO MOTION TO STRIKE<br><br>Date: Friday, March 21, 2008<br>Time: 10:00 a.m.<br>The Honorable Samuel Conti<br>Courtroom 1, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

  Plaintiff Jim Moore submits this responsive opposition to Chase's motion to strike.

  Chase's motion to strike the punitive damages allegation of plaintiff's complaint is based on the claim that there are not sufficient facts alleged to support this allegation. However, the gravamen of Chase's real allegations is more akin to a summary judgment motion in which it is arguing that Jim Moore has not at this stage submitted proof of malice on the part of Chase, and therefore the allegations should be struck.

  Chase then goes on to complain that the allegations for punitive damages in Mr. Moore's complaint fail to make allegations against any officer of Chase.

Chase makes both of these claims in a perfunctory and summary fashion, without more.

In regards to its first allegation, a reading of the entire complaint, which is verified, demonstrates sufficient facts to support a claim for punitive damages. In order to rebut Chase's claim, Jim Moore would only have to copy the verified complaint into his opposition. His claim against Chase is essentially that Chase knowingly took this predatory and fraudulent note and trust deed and then attempted to commit the most egregious act an institution can commit - seizing Jim Moore's home at a foreclosure sale. Chase was the entity which orchestrated this malevolent act. In a criminal context, Chase would be an aider and abettor, or an accessory after the fact.

This has all been covered in Jim Moore's opposition to Chase's motion to dismiss. However, the severity of Chase's actions warrant remembering that Chase's action were the most draconian available in mortgage law. The extreme harshness of non-judicial foreclosure has long been recognized. "The exercise of the power of sale is a harsh method of foreclosing the rights of the grantor."[1] That is one reason that the concept of Strict Compliance is applied to non-judicial foreclosure sales in California. Chase ignores this fact in attempting to paint itself as an innocent, powerless, and even hapless servicer.

Chase then complains that Jim Moore's complaint is, "devoid of any allegation that any officer, director, or managing agent of the defendants had advance knowledge and  with conscious disregard, authorized or ratified the acts of oppression, fraud, or malice against Plaintiff." See Chase Motion to Strike, page 4, lines 2-5.

In making that claim, Chase ignores paragraph 12 of plaintiff's complaint. It

---

[1] *Anderson v. Heart Federal Savings* (1989) 208 Cal.App.3d 202, 215, citing to *System Inv. Corporation v. Union Bank* (1971) 21 Cal.App.3d 137, 153.

also ignores the fact that Jim Moore incorporated not only paragraph 12 into his allegation of punitive damages, but all of the prior allegations in the complaint as well, to include the factual allegations.  Jim Moore in fact did make these "devoid" allegations in paragraph 12 of his complaint.

     Chase's motion to strike is without merit and should be denied.  In the alternative, if the court determines plaintiff has failed to properly allege punitive damages, plaintiff asks the court to grant leave to amend the complaint.

                    Respectfully Submitted

                    THE SPIELBAUER LAW FIRM

*[signature: Thomas J. Spielbauer]*

                    by Thomas Spielbauer, Esq.
                    Attorney for Plaintiff, Jim Moore

1  *Moore v. J. P. Chase Morgan Bank et Al.*
2  Northern District of California Case Number 3:08-cv-00350-SC

3  **CERTIFICATE OF SERVICE**

4  I, Thomas Spielbauer, declare:

5  I am a resident of Santa Clara County, California. I am now, and at all times
6  herein mentioned was, over the age of eighteen years. I am not a party to this
7  action. My business address is 1250 Oakmead Parkway, Suite 210, Sunnyvale, CA
8  94085.

9  On February 29, 2008, I filed electronically plaintiff's OPPOSITION TO
10 MOTION TO STRIKE via the Northern District of California Court's website.

11 Counsel for BNC Mortgage, Inc., aka BNC Mortgage, LLC is a registered
12 user of the ECF for the Northern District of California Federal Court. His name is
13 Eric D. Houser, Esq.. His email address of appears on the docket of this matter.

14 Counsel for J.P. Chase Morgan Bank aka J.P. Morgan Chase Bank is a
15 registered user of the Northern District of California Federal Court. His name is
16 John M. Sorich, Esq.. His email address of appears on the docket of this matter.

17 Counsel for NDEx West is a registered user of the Northern District of
18 California Federal Court. His name is Edward Treder, Esq.. His email address of
19 appears on the docket of this matter. It should be noted that NDEx West filed a
20 declaration pursuant to California Civil Code §2924l in the Contra Costa Superior
21 Court at the time of or just prior to removal, on January 18, 2008.

22 Pursuant to Northern District General Order 45, the service of the
23 OPPOSITION TO MOTION TO STRIKE  was effected at the time of filing, and
24 notification by email to counsel by the ECF website.
25 //
26 //
27
28

1  I declare under penalty of perjury that the foregoing is true and correct to the
2  best of my knowledge. Executed in San Jose, California this February 29, 2008.
3
4  *[signature: Thomas J. Spielbauer]*
5
6  Thomas Spielbauer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28