JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>    Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>    Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>Assigned to: Judge Samuel Conti<br><br>**DECLARATION OF S. CHRISTOPHER YOO IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>DATE: April 4, 2008<br>TIME: 10:00 a.m.<br>CRTRM: "1", 17th Floor<br><br>**Complaint Filed:** July 25, 2007 |

## DECLARATION OF S. CHRISTOPHER YOO

I, S. Christopher Yoo, declare as follows:

1. I am a member of the law firm of Adorno Yoss Alvarado & Smith, a Professional Corporation, attorneys for defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan

Chase Bank ("JPMorgan") in the above-captioned action ("Action"). I have been duly admitted to practice law in the State of California. If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, and as to matters which are public record of which judicial notice may be taken.

2. I submit this supplemental declaration in support of the opposition of JPMorgan to the Application for Preliminary Injunction of Jim E. Moore ("Moore" or "Plaintiff").

3. A brokers price opinion ("BPO") has not been conducted on the property located at 1258 Duffy Way, Brentwood, California ("Subject Property"). If the BPO is completed before the hearing in this matter, the BPO will be lodged. The approximate high value of the Subject Property is estimated by Zillow.com as $327,500.00. However, it is a commonly known that property values in California have decreased between twenty and thirty percent. Therefore, it is more likely that the true value of the Subject Property is between $270,000.00 and $320,000.00. A true and correct copy of the estimate I obtained from Zillow.com is attached hereto as Exhibit "A."

4. As noted in JPMorgan's Opposition to the Application, the current loan balance exceeds $332,922.83. Therefore, at this time, the loan balance exceeds the value of the Subject Property, meaning the Subject Property is "upside down."

5. Because the Subject Property is "upside down" (meaning no equity in the property), there is no reason to enjoin the sale of the Subject Property, because the longer the foreclosure sale is delayed, the greater the loss to the lender.

6. To the extent that an injunction would be issued to enjoin the sale of the Subject Property, I would estimate that JPMorgan will incur approximately $25,000.00 in legal fees and costs to dissolve the injunction. This includes approximately six months of litigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on March 14, 2008 at Santa Ana, California

S. CHRISTOPHER YOO

2
DECLARATION                                                                CASE NO. 08-0350 SC

1051109.1

# EXHIBIT A



Views: 14

3 beds, 2.0 baths, 1,176 sq ft
Zestimate®: $326,500
What's This?
My Estimate:

**Bird's Eye View**



**Home Info**

**Owner Facts:**

**Neighborhood & School:**

**Neighborhood:**
--

**School District:**
--

**Charts & Data**



**ZESTIMATE®: $326,500**
- Value Range: $274,260 - $336,295

30-day change: -$6,500
Zestimate updated: 03/12/2008

**Last sale and tax info**

**Sold 03/08/2002:**
  $228,000
**2007 Property Tax:**
  $2,912

See all charts & data

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 14, 2008, I served the foregoing document described as **DECLARATION OF S. CHRISTOPHER YOO IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 14, 2008, at Santa Ana, California.

/s/ Veronica Delgado
-----------------------
Veronica Delgado

# SERVICE LIST
### Jim E. Moore v. J.P. Morgan Bank, et al.
### USDC, Northern District Case No. C 08-0350 SC

Thomas Spielbauer, Esq.
The Spielbauer Law Firm
Spielbauer Law Firm
50 Airport Pkwy
San Jose, CA 95110

(408) 451-8499-telephone
(610) 423-1395-facsimile
thomas@spielbauer.com

**Attorneys for Plaintiff, Jim E. Moore**

Eric D. Houser, Esq.
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

(949) 679-1111-telephone
(949) 679-1112-facsimile
ehouser@houser-law.com

**Attorneys for Defendant,
BNC Mortgage, LLC**

Edward A. Treder, Esq.
Robert E. Weiss Incorporated
920 S. Village Oaks Drive
Covina, CA 91724

(626) 967-4302-telephone
(626) 339-7103-facsimile
etreder@rewlaw.com

**Attorney for Defendant, NDEx West, LLC**

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1048748.1