JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant JPMORGAN CHASE BANK, N.A. erroneously sued as J.P. CHASE MORGAN BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHASE BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; KEVIN CAYLOR; and DOES 1-20,<br><br>　　　　Defendant. | CASE NO.: 3:08-cv-00350-SC<br><br>Assigned to: Judge Samuel Conti<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:　April 4, 2008<br>TIME:　10:00 a.m.<br>CRTRM:　"1", 17th Floor<br><br>**Complaint Filed:** July 25, 2007 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant JPMorgan Chase Bank, N.A. erroneously sued as J.P. Chase Morgan Bank, hereby requests that, in connection with the Opposition to the Motion to For Preliminary Injunction of Plaintiff Jim E. Moore ("Defendant" or "Moore") that this court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following documents:

　　1.　A true and correct copy of the Notice of Default recorded in connection with property

1  located at 1258 Duffy Drive, Brentwood, California 94513 ("Subject Property") with the Contra
2  Costa Recorders Office as Instrument Number 2007-0227829 on or about August 8, 2007, as Exhibit
3  "1."
4      2.    A true and correct copy of the Notice of Trustee's Sale recorded in connection with
5  the Subject Property with the Contra Costa Recorders Office as Instrument Number 2007-0319615
6  on or about November 20, 2007, as Exhibit "2."

DATED: March 14, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
    S. CHRISTOPHER YOO
    JOHN M. SORICH
    Attorneys for Defendant JPMORGAN CHASE
    BANK, N.A.

2
REQUEST FOR JUDICIAL NOTICE
CASE NO. 08-0350 SC

1051124.1

# EXHIBIT 4

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0319615-00
Check Number
Tuesday, NOV 20, 2007 09:03:20
MIC    $1.00;MOD      $1.00;REC      $5.00
FTC    $0.00;
Ttl Pd    $7.00              Nbr-0003921435
                                   lrc/R9/1-1


NOTS20070161903582

Space above this line for Recorder's use only

Trustee Sale No. : 20070161903582      Title Order No.: 00696401      FHA/VA/PMI No.: 21971669

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 09/23/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

NDEx West, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 10/01/2004 as Instrument No. 2004-0378872-00 of official records in the office of the County Recorder of CONTRA COSTA County, State of CALIFORNIA.

EXECUTED BY:    JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE:    12/06/2007        TIME OF SALE:        1:30 P.M.
PLACE OF SALE:   AT THE COURT ST. ENTRANCE TO THE COUNTY COURTHOUSE, 725 COURT ST., (CORNER OF MAIN AND COURT ST.) MARTINEZ, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
        1258 DUFFY WY, BRENTWOOD, CALIFORNIA 94513
APN#:            017-201-019-1

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $307,967.68. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
PRIORITY POSTING & PUBLICATION
17501 IRVINE BLVD., SUITE ONE
TUSTIN, CA 92780
714-573-1965
www.priorityposting.com

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NDEx West, L.L.C. as Authorized Agent

_____      Dated: 11/09/2007
BY: Pamela Holmes-Tyler

FCUS_NoticeOfTrusteeSale.rpt - Record - 05/22/2007 - Ver-15                                    Page 1 of 1

**EXHIBIT 5**

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013


DFF20070161903582

```
CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0227829-00
Check Number
Wednesday, AUG 08, 2007 11:24:55
MIC    $1.00 MOD    $2.00 REC    $6.00
FTC    $1.00 DAF    $1.80 REF    $0.20
Ttl Pd    $12.00        Nbr-0003812040
                                  rrc/R9/1-2
```

Space above this line for Recorder's use only

Trustee Sale No. : 20070161903582      Title Order No.:  00696401

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $12,811.17 as of 8/7/2007 and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

**IMPORTANT NOTICE**
**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

Trustee Sale No. : 20070161903582    Title Order No.: 00696401

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

CHASE HOME FINANCE, LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION
c/o NDEx West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.
Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:** NDEx West, LLC is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated **09/23/2004**, executed by **JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor, to secure obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS)**, as Beneficiary Recorded on **10/01/2004** as Instrument No. **2004-0378872-00** of official records in the Office of the Recorder of **CONTRA COSTA** County, California, as more fully described on said Deed of Trust. Including a Note(s)/ Unconditional Guaranty which had a principal amount of $302,600.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 5/1/2007 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES, IF ANY.**

**NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: 8/7/2007

NDEx West, LLC as Agent for Beneficiary
By: STEWART TITLE OF CALIFORNIA, INC., authorized agent *through SPL, Inc., as authorized agent for Stewart Title.*

By: *Rebecca Bridgeman*

End of Document

12

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas  75001-9013



CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0268347-00
Check Number
Monday, SEP 24, 2007 08:21:44
MIC   $1.00  MOD   $1.00  REC   $5.00
FTC   $0.00  DAF   $1.80  REF   $0.20
Ttl Pd   $9.00        Nbr-0003860256
                      1rc/R9/1-1

ASSG20070161903582

Space above this line for Recorder's use only

Trustee Sale No.: 20070161903582    Title Order No.: 00696401

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2004-BNC2 all beneficial interest under that certain Deed of Trust dated **09/23/2004**, executed by **JAMES E MOORE A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor to T.D. SERVICE COMPANY, Trustee, and **Recorded on 10/01/2004 as Instrument No. 2004-0378872-00** of Official Records in the County Recorder's office of **CONTRA COSTA** County, California. Describing land therein as:

AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

SEP 11 2007

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS FOR BNC MORTGAGE, INC.

Annie Rodriguez

Vice President

State of _California_
County of _San Diego_

On _SEP 11 2007_ before me, _CAROL LEE PHILLIPS_ Notary Public, personally appeared _Annie Rodriguez_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _Carol Lee Phillips_ (Seal)

My commission expires: _Nov. 18, 2010_

CAROL LEE PHILLIPS
COMM. #1705870
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Nov. 18, 2010

CAASGNDOT.rpt - 08/24/2007 - Ver-09                                                                                Page 1 of 1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 14, 2008, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 14, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

# SERVICE LIST
## Jim E. Moore v. J.P. Morgan Bank, et al.
## USDC, Northern District Case No. C 08-0350 SC

| | |
|---|---|
| Thomas Spielbauer, Esq.<br>The Spielbauer Law Firm<br>Spielbauer Law Firm<br>50 Airport Pkwy<br>San Jose, CA 95110 | (408) 451-8499-telephone<br>(610) 423-1395-facsimile<br>thomas@spielbauer.com<br><br>**Attorneys for Plaintiff, Jim E. Moore** |
| Eric D. Houser, Esq.<br>Houser & Allison<br>A Professional Corporation<br>9970 Research Drive<br>Irvine, CA 92618 | (949) 679-1111-telephone<br>(949) 679-1112-facsimile<br>ehouser@houser-law.com<br><br>**Attorneys for Defendant,<br>BNC Mortgage, LLC** |
| Edward A. Treder, Esq.<br>Robert E. Weiss Incorporated<br>920 S. Village Oaks Drive<br>Covina, CA 91724 | (626) 967-4302-telephone<br>(626) 339-7103-facsimile<br>etreder@rewlaw.com<br><br>**Attorney for Defendant, NDEx West, LLC** |