UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-350         SAMUEL CONTI         DATE April 4, 2008
Case Number      Judge

Title: JIM MOORE                vs CHASE BANK, et al.

Attorneys: THOMAS SPIELBAUER         ROBERT NORMAN, ROCIO HERRERA

Deputy Clerk: T. De Martini    Court Reporter: Margo Gurule

Court   Pltf's   Deft's
(  )    (XXX)    (  )    1. Motion for Preliminary Injunction - Held
(  )    (  )     (  )    2.
(  )    (  )     (  )    3.
(  )    (  )     (  )    4.
(  )    (  )     (  )    5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 4/7/08 @ 10:00 a.m. for Further Hearing on Plaintiff's Motion for Preliminary Injunction

ORDERED AFTER HEARING:

cc: