UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-350           SAMUEL CONTI            DATE April 7, 2008
Case Number        Judge

Title: JIM MOORE                    vs CHASE BANK, et al.

Attorneys: THOMAS SPIELBAUER        ROBERT NORMAN, JOHN SORICH

Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn

Proceedings:

Plaintiff's Motion for Preliminary Injunction - Held

Defendant Chase Bank's witness Susan Ramirez.
Direct by Sorich
Cross by Spielbauer

Plaintiff's Witness Patrick Pulatie.
Direct by Spielbauer
exhibit - calculations of principle and interest prepared by Patrick Pulatie. - admitted
Cross by Sorich
Cross by Norman

Closing Argument by Norman
Closing Argument by Spielbauer

Rebuttal by Norman
Rebuttal by Spielbauer


Matter submitted

Case Management Conference continued from April 25, 208 to June 6, 2008 at 10:00 A.M.




ORDERED AFTER HEARING:

cc: