# UNITED STATES DISTRICT COURT

### Northern District of California

| | | |
|---|---|---|
| Moore, | | 08-00350 SC |
| | Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | | |
| Chase Bank, | | |
| | Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00350 SC                                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 10, 2008

                              RICHARD W. WIEKING  
                              Clerk  
                              by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant  
415-522-4205  
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**  
08-00350 SC                                              -2-

PROOF OF SERVICE

Case Name:      Moore v. Chase Bank

Case Number:    08-00350 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Thomas John Spielbauer
> The Spielbauer Law Firm
> 1250 Oakmead Parkway, Suite 210
> Sunnyvale, CA 94085
> thomas@spielbauer.com
>
> Eric D. Houser
> Houser & Allison
> 9970 Research Drive
> Irvine, CA 92618
> ehouser@houser-law.com
>
> Jeffrey S. Allison
> Houser & Allison, APC
> 9970 Research Drive
> Irvine, CA 92618-4309
> Jallison@houser-law.com
>
> Edward Alan Treder
> Robert E. Weiss Incorporated
> 920 S. Village Oaks Drive

Covina, CA 91724
etreder@rewlaw.com

Stirling Funding Corporation
,

Kevin Caylor
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov