UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JIM E. MOORE

             Plaintiff(s),

v.

CHASE BANK; BNC MORTGAGE, INC.;
NDEX WEST LLC; STIRLING FUNDING
CORPORATION; KEVIN CAYLOR; and
DOES 1-20    Defendant(s).
_____/

CASE NO. 08-0350 SC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

XXX     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeffrey Allison | BNC Mortgage, Inc. | (949) 679-1111 | jallison@houser-law.com |
| Thomas Spielbauer | Jim E. Moore | (408) 835-2067 | thomas@spielbauer.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 11, 2008

/s/ Thomas Spielbauer
Attorney for Plaintiff

Dated: April 11, 2008

/s/ Jeffrey Allison
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."