Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Jim E. Moore, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>    Plaintiff.<br><br>v.s.<br><br>J. P. CHASE MORGAN BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; and KEVIN CAYLOR,<br><br>    Defendants. | No. 3:08-cv-00350-SC<br><br>Contra Costa County Superior Court No: MSC08-00040<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

    Plaintiff Jim E. Moore files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

    Plaintiff is Jim E. Moore; defendants are J. P. Chase Morgan Bank; BNC Mortgage, Inc.; Ndex West LLC; Stirling Funding Corporation; and Kevin Caylor,

    On January 4, 2008, plaintiff sued defendants in the Contra Costa County Superior Court.

    On January 18, 2008, defendant BNC removed this matter into Federal District Court. The matter was assigned to the Honorable Samuel Conti.

    On January 18, 2008, defendant NDEx West filed a Declaration of Non-

Monetary Status pursuant to California Civil Code §2924l.  Plaintiff Jim Moore did not object to this Declaration of Non-Monetary Status.  The intent of California Civil Code §2924l was to discharge NDEx West from this case on condition that NDEx West would remain subject to the non-monetary court orders issued by the Court in the matter.

On April 7, 2008, this Court granted J. P. Morgan Chase Bank's motion to dismiss with prejudice.  As a result of this order, J. P. Morgan Chase is no longer a party to this litigation.

The remaining parties to this litigation are BNC Mortgage, Kevin Caylor and Stirling Funding Corporation.

Defendant BNC Mortgage has been served with process and has not filed an answer or a motion for summary judgment.  BNC has, however, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  This motion is calendared for hearing on May 9, 2008.

Defendants Kevin Caylor and Stirling Funding Corporation have not been served with process.  Neither Caylor nor Stirling have filed an answer nor a motion for summary judgment.

This case is not a class action.

A receiver has not been appointed in this case.

This case is not governed by any federal statute that requires a court order for dismissal of the case.

Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

Jim Moore enters this dismissal against BNC Mortgage, Inc. with prejudice.

Jim Moore enters this dismissal without prejudice against Kevin Caylor and Stirling Funding Corporation.

In the event that a dismissal has not been entered on behalf of defendant NDEx West, Jim Moore dismisses this action against NDEx West with prejudice.

Dated: April 15, 2008

                      THE SPIELBAUER LAW FIRM

                      */s/ Thomas J. Spielbauer*

                      by Thomas Spielbauer, Esq.
                      Attorney for Plaintiff, Jim Moore