1  Thomas Spielbauer, Esq.
   SBN 78281
2  THE SPIELBAUER LAW FIRM
   1250 Oakmead Parkway, Suite 210
3  Sunnyvale, CA 94085
   (408)451-8499
4  Fax: (610)423-1395
   thomas@spielbauer.com
5
6  Attorneys for Jim E. Moore, Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE, | No. 3:08-cv-00350-SC |
| Plaintiff. | |
| | Contra Costa County Superior Court No: MSC08-00040 |
| v.s. | |
| | ORDER OF DISMISSAL |
| J. P. CHASE MORGAN BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; and KEVIN CAYLOR, | |
| Defendants. | |

GOOD CAUSE appearing, and upon the voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) filed by Plaintiff Jim Moore against defendants BNC Mortgage, Inc.; NDEx West LLC; Stirling Funding Corporation; and Kevin Caylor, the following defendants are dismissed and this entire case is dismissed in the following manner:

This matter is dismissed against BNC Mortgage, Inc. and NDEx West with prejudice.

This matter is dismissed against Kevin Caylor and Stirling Funding Corporation without prejudice.

This Case is ordered closed.

-2-

1  IT IS SO ORDERED
2              **END OF ORDER***
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-