Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Jim E. Moore, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM E. MOORE,<br><br>    Plaintiff.<br><br>v.s.<br><br>J. P. CHASE MORGAN BANK; BNC MORTGAGE, INC.; NDEx West LLC; STIRLING FUNDING CORPORATION; and KEVIN CAYLOR,<br><br>    Defendants. | No. 3:08-cv-00350-SC<br><br>Contra Costa County Superior Court No: MSC08-00040<br><br>ORDER OF DISMISSAL |

GOOD CAUSE appearing, and upon the voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) filed by Plaintiff Jim Moore against defendants BNC Mortgage, Inc.; NDEx West LLC; Stirling Funding Corporation; and Kevin Caylor, the following defendants are dismissed and this entire case is dismissed in the following manner:

This matter is dismissed against BNC Mortgage, Inc. and NDEx West with prejudice.

This matter is dismissed against Kevin Caylor and Stirling Funding Corporation without prejudice.

This Case is ordered closed.

-1-

IT IS SO ORDERED
Judge Samuel Conti
4/16/08

-2-

1  IT IS SO ORDERED
2              **END OF ORDER***